**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Phillip J. Antis, Jr.                          Alex B. Rothenberg
Gordon, Arata, Montgomery          Gordon, Arata,  Montgomery
201 St. Charles Ave., 40th Flr        201 St. Charles Ave., 40th Fl.
New Orleans LA 70170                  New Orleans LA 70170-4000


**REHEARING ACTION: December 6, 2017**


**Docket Number: 17   00078-CA**

**LYDIA DEGUEYTER**
**VERSUS**
**FIRST AMERICAN TITLE COMPANY**

**Appealed from St. Martin Parish Case No. 83328**


<u>**BEFORE JUDGES**</u>**:**

   **Hon. Sylvia R. Cooks**
   **Hon. Shannon J. Gremillion**
   **Hon. Van H. Kyzar**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **First American Title Insurance Company of Louisiana** has this

day been

   **DENIED.**
   Gremillion, J., would grant the rehearing.


cc: William Winfield Stagg, Counsel for the Appellant